273 So.2d 235

**In re Mack KELLEN**

**v.**

**STATE.**

**Ex parte Mack Kellen.**

**SC 216.**

Supreme Court of Alabama.

Feb. 8, 1973.

William H. Rogers, Moulton, for petitioner.

McCALL, Justice.

Petition of Mack Kellen for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Kellen v. State, 49 Ala.App. 467, 273 So.2d 227.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and JONES, JJ., concur.

276 So.2d 628

**In re Herbert H. KNIGHT**

**v.**

**STATE.**

**Ex parte Herbert H. Knight.**

**SC 309.**

Supreme Court of Alabama.

April 19, 1973.

Jack W. Smith, Dothan, for petitioner.

No brief for respondent State.

FAULKNER, Justice.

Petition of Herbert H. Knight for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Knight, alias v. State, 50 Ala.App. 39, 276 So.2d 624.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.